HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Linda.allison@fd.org
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
KENNETH McADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-0063-MJS |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET MOTION HEARING AND BRIEFING SCHEDULE |
| v. | |
| KENNETH McADAMS, | Date:   December 6, 2016 |
| Defendant. | Time:   10:00 a.m. |
| | Judge:  Hon. Michael J. Seng |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Legal Officer SUSAN ST. VINCENT and Chief Assistant Federal Defender LINDA C. ALLISON attorney for defendant KENNETH McADAMS, that the Court vacate the status conference set for November 1, 2016 and set a motion hearing for December 6, 2016 at 10:00 a.m.

Briefing schedule will be as follows:

Motion to be filed on November 7, 2016;

Government's response due on November 21, 2016;

Plaintiff's reply, if any due on November 28, 2016.

/ / /

/ / /

DATED: October 27, 2016               Respectfully submitted,

                                                 HEATHER WILLIAMS
                                               Federal Defender

                                               /s/Linda Allison
                                               LINDA ALLISON
                                               Chief Assistant to the Federal Defender
                                               Attorneys for Defendant
                                               KENNETH McADAMS


Dated: October 27, 2016

                                               */s/ Susan St. Vincent*
                                               SUSAN ST. VINCENT
                                               Legal Officer

## **ORDER**

It is hereby ordered that the November 1, 2016 status conference in Case No. 6:16-mj-0063-MJS be vacated and a motion hearing be scheduled for December 6, 2016 at 10:00 a.m., with briefing schedule set forth above in Case No. 6:16-mj-0063-MJS.

IT IS SO ORDERED.

Dated:   October 31, 2016                      /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE