HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Linda_allison@fd.org
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
KENNETH McADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-0063-MJS |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE |
| v. | Date:  December 6, 2016 |
| KENNETH McADAMS, | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Michael J. Seng |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Legal Officer SUSAN ST. VINCENT, and Chief Assistant Federal Defender LINDA C. ALLISON, attorney for defendant KENNETH McADAMS, that the Court continue the December 6, 2016 motion hearing to January 20, 2017 at 10:00 a.m.

Briefing schedule will be as follows:

Motion to be filed by December 1, 2016

Government's response due by January 7, 2017

Plaintiff's reply, if any due by January 13, 2017

/ / /

/ / /

| | |
|---|---|
| DATED:  November 28, 2016 | Respectfully submitted,<br><br>HEATHER WILLIAMS<br>Federal Defender<br><br>/s/Linda Allison<br>LINDA ALLISON<br>Chief Assistant to the Federal Defender<br>Attorneys for Defendant<br>KENNETH McADAMS |
| Dated:  November 28, 2016 | /s/ Susan St. Vincent<br>SUSAN ST. VINCENT<br>Legal Officer |

## **ORDER**

It is hereby ordered that the December 6, 2016 motion hearing in Case No. 6:16-mj-0063-MJS be continued to January 24, 2017 at 10:00 a.m., with the briefing schedule set forth above.

IT IS SO ORDERED.

Dated:   November 30, 2016              /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE