Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 6:16-MJ-0063-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO CONTINUE TRIAL DATE; AND ORDER THEREON** |
| KENNETH S. MCADAMS | |
| Defendant. | |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to continue the trial date currently scheduled in this matter for December 6, 2017. The trial date in this matter was originally scheduled for October 6, 2017, and was moved to December 6, 2017 due to the availability of the court.

The Government has not previously requested a continuance of the trial in this matter. One of the witnesses the Government intended to call to testify informed the Legal Office today that his wife was involved in an automobile accident on Monday, November 28, 2017 and, while no longer in the hospital, is unable to travel and requires assistance during recovery. The witness lives in the Los Angeles area, and would need to be gone from home for at least two days to travel to Yosemite to testify, and he is concerned about leaving his wife at this time. He believe his wife will be well enough to

1

travel or stay in Southern California alone in two or three weeks.

The defendant in this matter is not in custody.  As the Government believes the witness will provide essential testimony for the Government's case, the Government respectfully requests the Court continue the trial in this matter to January 16 or 17, 2018 or to a date agreeable to the Court and the Defendant.

.

Dated:  November 29, 2017　　　　　　　NATIONAL PARK SERVICE

　　　　　　　　　　　　　　　　　　　　 /S/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　Legal Officer

### **ORDER**

Having considered the application of the United States, above, and the Opposition of Defendant filed today, the Court DENIES the motion to continue trial. Trial in *United States v. McAdams,* 6:16-mj-0063-MJS, shall go forward as scheduled on December 6, 2017.  However, the interests of justice dictate that the government witness unable to attend in person due to his spouses' injuries from a motor vehicle accident be permitted to testify by video from any Federal Courthouse of his choosing where arrangements for video conferencing with the Yosemite Court can and will be made by the Government.

IT IS SO ORDERED.

Dated:   November 30, 2017　　　　　　 /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE