| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
KENNETH MCADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00063-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE REVIEW HEARING AND MODIFY CONDITION OF PROBATION; ORDER** |
| vs. | |
| KENNETH MCADAMS, | Date: December 17, 2019 |
| Defendant. | Time: 1:00 p.m. |
| | Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Kenneth McAdams, that the review hearing currently scheduled for May 21, 2019, at 10:00 a.m., be continued to December 17, 2019, at 10:00 a.m.

Mr. McAdams was sentenced on June 19, 2018, to 12 months of unsupervised probation, ordered to complete the first-time DUI offender course and to pay a $1,480 fine. *See* Case No. 1:18-cr-00149-LJO at Dkt. #54. At the time of sentencing, a review hearing was set for May 21, 2019, with a status report due by April 19, 2019. *Id.* at Dkt. #55. On June 27, 2018, Mr. McAdams filed a notice of appeal to the district court. *Id.* at Dkt. #58.

On August 13, Mr. McAdams filed a motion to stay his sentence pending the appeal to the

district court. *Id.* at Dkt. #72. On August 17, 2018, the district court granted Mr. McAdams' motion in part, and stayed his sentence "for six months from the date of this Order or until the appeal is resolved, whichever is sooner." *Id.* at Dkt. #74. The district court resolved Mr. McAdams' appeal on January 16, 2019. *Id.* at Dkt. #78. Accordingly, Mr. McAdams' sentence and period of unsupervised probation began on January 16, 2019.

The parties are requesting that the review hearing currently set for May 21, 2019, be continued to December 17, 2019. The May 21, 2019 review hearing date was set prior to Mr. McAdams' sentence being stayed by the district court. Accordingly, since Mr. McAdams' period of unsupervised probation now extends to January 16, 2020, the May 21, 2019 review hearing should be continued to December 17, 2019.

At the time of sentencing, the Court imposed condition number four of Mr. McAdams' period of unsupervised probation, which required that monthly installment payments be made at a rate of $148 per month. The parties hereby request that probation condition number four be modified to permit Mr. McAdams to make one lump sum payment on or before December 17, 2019. Mr. McAdams is currently unable to afford the monthly payment but does not wish to fall out of compliance with condition number four. Mr. McAdams intends to be able to make a one-time payment near the conclusion of the term of his unsupervised probation.

Based on the above, the parties stipulate that the May 21, 2019 review hearing be continued to December 17, 2019, and that condition number four of Mr. McAdams' unsupervised probation be modified to permit Mr. McAdams to make a lump sum payment on or before December 17, 2019, in lieu or monthly installment payments.

//
//
//
//
//
//
//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: May 14, 2019 */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: May 14, 2019 */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
KENNETH MCADAMS

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the review hearing set for Tuesday, May 21, 2019 at 10:00 a.m. be continued to Tuesday, December 17, 2019, at 10:00 a.m. Additionally, probation condition number four is hereby modified to permit Mr. McAdams to make a one-time lump sum payment on or before December 17, 2019, in lieu of monthly installment payments.

IT IS SO ORDERED.

Dated: May 20, 2019

UNITED STATES MAGISTRATE JUDGE

McAdams – Stipulation
and Proposed Order

3