HEATHER E. WILLIAMS, Bar #122664
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
KENNETH McADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00063-JDP |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| KENNETH McADAMS, | Date: September 18, 2019 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Kenneth McAdams, that the status conference scheduled for September 11, 2019, may be continued to September 18, 2019, at 10:00 a.m. by video conference in Las Vegas, Nevada.

This request is being made to accommodate Judge Peterson's calendar which already has several video conferences set..

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 9, 2019      /s/ *Rachelle Barbour*
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorney for KENNETH McADAMS

///

|   |   |   |
|---|---|---|
| 1 | | McGREGOR W, SCOTT<br>United States Attorney |
| 2 | | |
| 3 | Dated:  September 9, 2019 | /s/ *Rachelle Barbour for S. St. Vincent*<br>SUSAN ST. VINCENT |
| 4 | | Legal Officer |

Jiminez/Request for Rule 43 Waiver of Appearance
and Continuance

2

ORDER

The motions hearing—described above as a status hearing—set for September 11, 2019, is continued to September 18, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 11, 2019

_____
UNITED STATES MAGISTRATE JUDGE