HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KENNETH McADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00063-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; ORDER** |
| vs. | |
| KENNETH McADAMS, | |
| Defendant. | |

The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Kenneth McAdams, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for December 17, 2019, and to terminate Mr. McAdams' probation.

On June 19, 2018, the court sentenced Mr. McAdams to 12 months unsupervised probation, a fine of $1450.00 and a special assessment of $30.00. September 19, 2019, the court resentenced Mr. McAdams to a reduced fine of $200 and 40 hours of community service. As of the filing of the instant stipulation Mr. McAdams has completed all the requirements of his sentence. The undersigned respectfully move the court to vacate Mr. McAdams review hearing and terminate his sentence of probation.

//

Respectfully submitted,

BENJAMIN J. WAGNER
United States Attorney

Dated: December 13, 2019    */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park


HEATHER E. WILLIAMS
Federal Defender

Date: December 13, 2019    */s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
KENNETH MCADAMS

ORDER

Based on the parties' joint representation that Mr. McAdams is in compliance with the conditions of his probation, I vacate the review hearing scheduled for December 17, 2019, at 10:00 a.m., and hereby terminate his sentence of probation.

IT IS SO ORDERED.

Dated:   December 17, 2019                           _____
                                                     UNITED STATES MAGISTRATE JUDGE